# EXHIBIT 16

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | | |
|---|---|---|
| JOSEPH INNES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-02800-DKC |
| | ) | |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Declaration of Jeff B. Pelz, Ph.D.

**I. Background and Experience**

1. My name is Jeff B. Pelz, I am more than 18 years old, competent to be a witness and make this Declaration on personal knowledge. I am a tenured full professor of imaging science at the Rochester Institute of Technology (RIT), the Co-director of the Multidisciplinary Vision Research Laboratory, and hold the Frederick Wiedman endowed professorship in the Chester F. Carlson Center for Imaging Science at RIT. I earned my doctorate in Brain and Cognitive Science at the University of Rochester, an M.S. in Imaging and Photographic Science and B.F.A. in Photography from the Rochester Institute of Technology. I am on the board of directors of the international Eye Movement Researchers' Association, a regular reviewer for journals across a wide spectrum of imaging and visual perception including the *Journal of Vision, Vision Research, Visual Cognition, Perception and Psychophysics, Transactions on Applied Perception,* and *Brain Research.* I have received over $3.5M in research funding ($2M as principal investigator) from federal and state funding agencies and from industrial partners. I teach courses at the undergraduate, M.S., and Ph.D. level, teach industrial short courses on-site and offer special courses on eye-tracking technology at international meetings.

2. I have been on the faculty at the Rochester Institute of Technology since 1986, teaching and leading research in the area of visual perception. I have also held Research Associate positions at the University of Rochester's Center for Visual Science.

3. My research has focused on two primary areas; the development of novel instrumentation to monitor the gaze patterns of observers as they perform tasks in natural environments, and the use of those instruments to examine complex tasks. Examples include studies funded by the National Science Foundation, the National Institutes of Health, and the Naval Research Laboratories. I have published over 60 refereed journal and conference proceedings and book chapters, have two pending and three granted patents (two of which have been licensed commercially).

4. A portion of that research has been related to deafness and mediated communication, and I have published in this area. I am familiar with American Sign Language (ASL) and can communicate comfortably in ASL.

5. My CV is attached as Appendix A to this report. I am being compensated at the hourly rate of $200 for the time spent working on this case (46.95 hours to date).

## II. Assignment

6. I was contacted by Joseph Espo and Brooke Lierman to provide this declaration in the *Innes v. University of Maryland Board of Regents, et al.* case. My understanding of the litigation is that Mr. Innes, a retiree, is a long-time fan of the University of Maryland sports teams, and believes that the current captioning system is inadequate to provide reasonable access to the information shared over the public address system. The University of Maryland's contention is that providing the current 'real-time captioning' service and making iPads available is sufficient.

7. Because of my expertise in the human visual system, visual perception, cognition, eye movements, line of sight, attention, and my peer-reviewed, published research in these areas I have been asked to provide this declaration about the issues surrounding the current captioning system.

## III. Opinions

8. Typical 'observers' at a sporting event ('fans') with normal sight and hearing are able to take advantage of vision and hearing simultaneously to guide their attention to different regions of the stadium, park, or court. They typically shift their attention overtly by shifting their gaze. The rapid eye movements used to make these gaze shifts, known as *saccades,* are among the fastest movements humans can make, and are central to visual perception. They are central because the human visual system has very uneven resolution across the visual field, falling dramatically just a few degrees away from the center of vision. While visual-field tests can easily quantify this falloff, a simple test demonstrates the surprising loss in acuity away from the current gaze point.

9. By staring at a single word in a paragraph (e.g., the word "By" at the start of this sentence) and trying to read the rest of the paragraph without moving one's eyes, the degree to which the visual system's performance falls off away from the central fixation point is evident. Average observers report that they can read only 2-3 words from that fixation point without moving their eyes. There are multiple reasons for this rapid falloff in visual performance, but the most relevant is the drop in cone photoreceptors in the periphery.

10. When reading we make approximately 2-3 rapid eye movements every second, moving a stream of words across the center of the eye for them to be read (Rayner, et al. 2006). Similar eye movements are made as we view videos or live action sports. On average the eye makes over 100,000 of the rapid saccadic eye movements daily.

11. The human visual system is highly anisotropic; unlike man-made cameras, there is a dramatic variation in the acuity of the system across the visual field. Despite our conscious experience, we are able to extract high-resolution information from only a small, central region at any given time. The perception that we are able to perceive a large portion of the environment in parallel – "at a glance" – is an illusion supported by our ability to rapidly shift our gaze from point to point to gather information in a serial manner. These rapid gaze shifts, or *saccades,* occur 1-3 times every second, and are crucial to perception. A simple test demonstrates both the need for these saccadic eye movements and the degree to which they are usually accomplished without conscious effort: Figure 1 on the page below has been degraded outside of the oval highlighting the player in the top row, center. Figure 2 on the following page shows the original version of the photograph. A typical observer looking at the original version *without moving his/her gaze outside of the oval* will find that it is impossible to perform simple tasks such as counting the number of players in the second row, or identifying the gender of the four coaches in black.

12. Both of these tasks are trivial when normal eye movements are allowed – limiting an observer's ability to move his/her gaze freely can be a more significant limitation than even severely degrading the visual input.

13.



**Figure 1**

14. This limitation is imposed by two characteristics of the human visual system. The first limitation is sensory; the physical layout of the human retina. The cone photoreceptors (responsible for high-acuity vision) are distributed in a very non-uniform manner across the visual field, with a dramatic peak density in the central *fovea*. Figure 3 illustrates the severe anisotropy in the cone distribution, varying in density by more than an order of magnitude within a few degrees from central vision.

15. 

**Figure 2 Try counting the number of players in the second row, or identifying the gender of the coaches wearing black while maintaining gaze on the player in the white oval.**

16. 

**Figure 3 Spatial distribution of rods (blue) and cones (red) across the human retina. After Osterberg [1935]**

17. The second limitation is neural; the human visual system is resource limited and cannot process the entire visual field in parallel. Eye movements (shifts in gaze) serve to *serialize* the intake of visual information, limiting the neural 'bandwidth' to a level that can be supported by the brain.

18. While peripheral vision is limited in resolution, it is very important in these contexts. When reading, peripheral vision is used to time and plan eye movements; when viewing a video, we monitor the periphery to determine where to move the eyes to get the desired information. All these 'decisions' are completed at a level below conscious awareness.

19. The balance between the severe loss in visual acuity in the periphery, and our reliance on 'near-peripheral' vision to guide eye movements to bring important regions to central vision has lead to a complex compromise in the human visual system. They eyes are able to move very rapidly all day without tiring the six extraocular muscles attached to each eye that drive the eye movements. In hearing observers, both peripheral vision and sounds can drive eye movements, bringing potentially important objects or regions into clear, central vision. Deaf and hard of hearing (DHH) observers rely even more on their 'near peripheral' vision because they cannot rely on audition to provide cues to distant targets.

20. Research has shown that DHH viewers of captioned broadcast television shows use these eye movements to 'sample' the video and captions. Figure 4, after Jensema, et al. [2000], shows the eye-movement patterns of a deaf observer watching a captioned video. The overlay (right) shows the viewer's eye movements rapid switching between the video content and the caption text box. The fact that the captions are visually 'near' the image is important because when reading the caption, a significant motion or even a facial expression by a character could elicit an eye movement between the captions and the video image. Similarly, viewers who are watching the video can monitor the captions with their near-peripheral vision to detect when the text changes so they can glance down to read it.




**Figure 4 Composite, after Jensema, et al., 2000 Figs 3a & 5**

Note that if the captions are too far from the video, peripheral vision drops off too dramatically, and the monitoring is no longer possible.

21. Lewis & Jackson [2001] showed that deaf observers' comprehension was better with captioned video than with separate transcripts, which required them to look away from the screen to read. They tested the comprehension of 50 deaf students (average age 15) and found that comprehension scores were significantly

higher when the captions were presented on screen with the video than if they received a printed transcript of the same captions.

## IV. EXPERIENCE AT UNIVERSITY OF MARYLAND SPORTING EVENTS

22. I attended the Maryland vs. Boston College football game on November 23, 2013. When I arrived at the stadium, I visited 'Fan Assistance' to request information on the closed-captioning service, as instructed.

I was given a one-page *University of Maryland Athletics Closed Captioning Guide* marked '*11/23/13 Guide 1*'. When I attempted repeatedly to connect to the Wi-Fi network as instructed on the *Guide*, I received the error message shown in Figure 5.

I returned to Fan Assistance and asked for help. I was referred to the manager, who informed me that I had been given a *Guide* from the previous week, so the username and password were incorrect.

He went to get a new version, containing the correct information, returning within a few minutes with the new version (marked '*11/23/13 Guide 2*').

I was then able to connect to the Wi-Fi network. However, when I tried to connect to the website as directed ([www.closedcaptions.umd.edu](www.closedcaptions.umd.edu)) to view the closed captions, I received another error message (Figure 5) indicating that the webpage was not available. I returned again to Fan Assistance and asked the manager for help. He was surprised that the site wasn't available, noting that it seemed to work on his device.




Figure 5

I noticed that his device was loading a different URL: ([closedcaptioning.umd.edu](closedcaptioning.umd.edu), without the 'www' portion of the host), though both versions of the *Guide* listed the address as [www.closedcaptions.umd.edu](www.closedcaptions.umd.edu).

Entering the shortened URL successfully loaded the site.

The captions appeared for the main




Figure 6

announcer and for some pre-recorded videos. They did not appear for other videos, referee calls, or other speakers.

The font used to display the captioning was not ideal for legibility. All capital, bold, white on black is an awkward choice based on research on text legibility.

23. I returned to the University of Maryland on 19 January, 2014 to attend a Maryland women's basketball game. To establish some baseline measure of how the existing captioning system is working, I used two Positive Science METL wearable eyetracker systems to monitor the gaze of one hearing and one deaf fan. The system records a 320x240 pixel close-up image of the observer's eye with one camera, and a 640x480 image of the scene with a second camera. The two video streams (see Figure 7 and Figure 8) are captured and stored for later analysis.



**Figure 7 Eye and scene video from hearing observer**



Figure 8 Eye and scene video from DHH observer

The two videos are synchronized and calibrated, and a gaze record is established using Positive Science Yarbus 2.2 analysis software.

Figure 9 shows a frame from the DHH observer while she was reading the captions on the iPad. The circular cursor indicates the position of her gaze in the scene. Because the DHH observer required a larger than standard field-of-view to capture the court, scoreboard and iPad, a special-purpose wide-angle lens was used on the camera. The gaze-tracking records from both observers were composited side-by-side to create a visualization that allows a direct comparison between the two observers. The hearing observer's scene camera had a narrower field-of-view, so that video is shown at a reduced size to normalize the angular resolution between the two observers. Another advantage of the side-by-side presentation is evident in Figure 10; the dynamic range of the DHH observer's camera is not sufficient to capture adequate detail in both highlight regions (e.g., court) and in the poorly lit stands where the iPad is viewed. Viewing the two synchronized videos side-by-side allows meaningful inferences to be drawn about gaze position of the DHH observer by viewing the synchronized video from the other camera.




**Figure 9 Gaze track of DHH observer reading captions on iPad**




**Figure 10 Composite hearing (left) and DHH (right) gaze record**

The synchronized videos are attached as Exhibits 1 and 2. Each exhibit is a composite in which the hearing observer is shown on the left (the relative position in which the hearing observer sat in the stands) and the DHH observer is shown on the right. The videos run together, with each observer's gaze being indicated with an individual gaze cursor.

The exhibits are QuickTime movie files that can be played back with Apple's QuickTime Player on a Mac or PC, or with the open-source VLC media player on any computer.

Exhibit_1.mov is a 161.1 MB QuickTime movie file of a 5-minute period during which the captions froze for approximately three minutes (~0:00 → 3:15). The video shows one characteristic of the current captioning system: because the captions are displayed at a relatively small size on a display a distance from the observer's line-of-sight, it is necessary to make repeated gaze changes back to the iPad just to monitor for updates. In this case, the DHH observer made five gaze changes to the iPad checking for captions before it was updated the first time.

Individual fixations were labeled, categorized into one of six region labels (shown in Figure 11). Note that both observers could have each region except for the *Caption* label, which was only available to the DHH observer.




**Figure 11 Region labels: Court (magenta), Scoreboard (yellow), Far seats + ribbon (blue), Band (cyan), Near seats (green), Captions (red)**

Fixations outside of the six regions, track losses, eye movements, and blinks were excluded, leaving 75-80% of the raw data for labeling. Figure 12 shows the distribution over the 5 minutes in Exhibit_1. Both hearing and DHH observers spent the largest fraction of their fixation time (68 – 80%) following play on the court, and spent very similar fractions of time looking at the scoreboard (4.5 – 4.6%) and at the near seats (4.3 – 5.3%). The obvious difference between the hearing and DHH observers was the 13% of the time spent by the DHH observer looking at the "captions," (recall that in this case there were no captions displayed for over 60% of the total duration). Still, the bulk of the time devoted to monitoring the captions was 'taken from' watching play on the court.




Figure 12 Relative gaze time in each area for Exhibit_1.mov

Exhibit_2.mov is a 255.1 MB QuickTime movie file of a 9-minute period during which the captions were updated at a normal pace (i.e., there were no long periods where the system 'froze' as during Exhibit 1).

Analysis was performed in the same manner as in Exhibit 1. As seen in Figure 13, while the DHH observer still spent 7.7% of the time in the captions region, that was a reduction from the case where the captions were frozen, and there were repeated checks to the region to see whether the system had restarted. In the first case the DHH observer spent 67.5% vs. the hearing observer's 79.1%. In this case, the two were much closer, 79.9% and 82%. Figure 14 compares the DHH observer in the case where the captions froze (left panel, "DHH frozen captions") to the case where they worked normally ("DHH").




Figure 13 Relative gaze time in each area for Exhibit_2.mov




Figure 14 Relative gaze time in caption region (left; captions frozen for 3 of 5 minutes)

24. After completion of the gaze tracking study, I monitored the captioning feed on my iPhone for a few minutes. I was struck by how sparse the text was – how it seemed to be a relatively small subset of what was actually being broadcast over the public-announcement system. Figure 15 is a composite of about 5 screens worth of text (each screen contains ~16 text and blank lines). There are some obvious, but understandable errors; (“SOFT MORE FROM BURTONSVILLE …”), some errors that can’t be unwrapped; (“IS HE A FOUNTAIN”), but there is also a troubling contrast between text that seems to have been entered in advance and is very clear; (“TODAY’S TERRAPIN CLUB SCHOLARSHIP FUND DONOR OF THE GAME IS PERRY HARRIS PERRY HAS BEEN SUPPORTING STUDENT-ATHLETE SCHOLARSHIPS FOR SEVERAL YEARS THANK YOU FOR YOUR SUPPORT”), and the nearly isolated words and phrases; (“THREE POINT BASKET FORCE THREE

KAYLA DAVIS

, ALYSSA THOMAS

, NUMBER 11

IS A THERE’S TIMEOUT ON THE FLOOR
BE PART OF THE WOMEN’S BASKETBALL PROGRAM BY JOINING THE REBOUNDERS”)
In defendants’ Answer No. 8 to plaintiffs interrogatories, it is stated that “All content *read by* the public address announcer …” is provided through the system [emphasis added]. In combination with the sample captions below, I am lead to wonder whether there is a difference between content *‘read by’* and content *‘spoken by’* the announcer.




**Figure 15 Sample captions from the University of Maryland Women's basketball game (screens concatenated)**

## V. RECOMMENDATIONS

25. American Sign Language (ASL) is a manual, visual language, replacing spoken language for many in the Deaf and hard of hearing (DHH) community. The visual system – already working near the bandwidth limit without captioning or ASL communication – is challenged further when extra demands are put on it by

mediated communication systems. Captioning systems must be designed with this in mind. A captioning system that requires the user to hold a device in one or both hands also restricts communication via ASL, since it requires two free hands to communicate normally.

26. Because observers are limited to a small useful field of view at any given time, captions should ideally be placed at a position in the field that do not require large gaze changes to monitor for updates and to read the captions when they are available.

An effective captioning system would therefore have the following characteristics:

a. Captions would be provided near the natural line of sight of the observer watching the activity
b. Captions would be provided with a minimal delay
c. There would be a clear indication (visible in the periphery) to indicate that the captions have been (or are being) updated
d. Captions would be provided with a minimum number of errors
e. Captions would be provided without requiring observers to hand-hold a device that interferes with their ability to communicate in ASL
f. Captioning system would be robust and work simply.

27. My experience with the University of Maryland captioning system indicates that it has not met these goals.

28. All opinions in this Declaration are to a reasonable degree of professional certainty.

I DECLARE under the penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2014

Jeff B. Pelz, Ph.D.
23 Hadley Ct.
Pittsford, NY 14534
585 281-6881
jeff.pelz@gmail.com

Jensema, Carl J., et al. "Eye movement patterns of captioned television viewers." *American Annals of the Deaf* 145.3 (2000): 275-285.

Lewis, Margaret S. Jelinek, and Dorothy W. Jackson. "Television literacy: Comprehension of program content using closed captions for the deaf." *Journal of Deaf Studies and Deaf Education* 6.1 (2001): 43-53.

Osterberg, Gustav. *Topography of the layer of rods and cones in the human retina*. Nyt Nordisk Forlag, 1935.

Appendix A

# Jeff B. Pelz, Ph.D.

Frederick Wiedman Professor
Carlson Center for Imaging Science
Rochester Institute of Technology
Rochester, NY 14623-5604

(716) 475-2783 (v) 475-5988 (f)
pelz@cis.rit.edu
www.cis.rit.edu/pelz

## Education

University of Rochester, Rochester, NY Ph.D. Brain and Cognitive Science 1995
Thesis: *Visual Representations in a Natural Visuo-motor Task*

Rochester Institute of Technology MS Imaging Science 1986
Thesis: *Apparent Modulation Induced by Cornsweet Edges*
BFA Photo Illustration 1980

## Professional Experience

Rochester Institute of Technology
- Wiedman Professor of Imaging Systems, 2012 - present
- Professor of Imaging Science, 2007 - present
- Associate Professor of Imaging Science, 1999 - 2007
- Assistant Professor of Imaging Science, 1995 - 1998
- Instructor of Imaging Science, 1986-1995

University of Rochester
- Adjunct Research Professor, Computer Science, 1998-2004
- Research Associate, Center for Visual Science, 1996-2005

RIT Professional Training and Education, 1997 - 2005
Curriculum design and instructor:
"Digital Imaging for Law Enforcement and Public Safety"
"Color Systems"

## Professional Affiliations

Vision Sciences Society (VSS)
International Society for Optical Engineering (SPIE)
Society for Imaging Science and Technology (IS&T)
Communication by Gaze Interaction (COGAIN)

## **Ad-hoc Reviewer**

Acta Psychologica
Behavioral Research Methods
Biological Cybernetics
Brain Research
IEEE Transactions on Biomedical Engineering
IEEE Transactions in Image Processing
Journal of Electronic Imaging
Pattern Recognition
Perception and Psychophysics
Physical Review
Transactions on Applied Perception
Transactions on Neural Systems & Rehabilitation Engineering
Vision, Image, and Signal Processing
Vision Research

Journal of Imaging Science and Technology
Journal of Vision
Visual Cognition
Visual Neuroscience

## Bibliography: (Student co-authors in **bold**)

Selected Journal Publications


**Bohannon, L. S.**, Herbert, A. M., Pelz, J. B., & Rantanen, E. M. (2012). Eye Contact and Video-Mediated Communication: A Review. *Displays* 34 (2), p. 177 - 185.

Evans, K. M., Jacobs, R. A., Tarduno, J. A., Pelz, J. B. (2012). "Collecting and analyzing mobile eye-tracking data in outdoor environments." *Journal of Eye Movement Research*, 5(2):6,1-19.

Hayhoe, MM, **McKinney, T, Chajka, K**, & Pelz, JB (2012) "Predictive eye movements in natural vision" *Experimental Brain Research* (217), 125-136

**Munn, S**, & Pelz, JB (2009) "FixTag: An algorithm for identifying and tagging fixations to simplify the analysis of data collected by portable eye trackers" *ACM Transactions in Applied Perception*, 6(3) 1-25.

**DeAngelus, M**. & Pelz, JB. (2009) "Top-down control of eye movements: Yarbus revisited" *Visual Cognition* (3), 1-22.

Marschark, M, Convertino, C, Sapere, P, **Arndt, ME**, Pelz, J, (2008) "Learning via Direct and Mediated Instruction by Deaf Students" *Journal of Deaf Studies and Deaf Education*, 13(4), 546-561.

**Cattaneo, Z.**, Rosen, M., Vecchi, T., & Pelz, JB. (2008) "Monitoring eye movements to investigate the picture superiority effect in spatial memory" *Perception*, 37(1), 34-49

**Li, F, Munn, S**. & Pelz, JB. (2008) "A model-based approach to video eye tracking" *Journal of Modern Optics*, 55(4), 503-531.

Marschark, M, Pelz, J, Convertino, C, Sapere, P, **Arndt, ME**, and Seewagen, R (2005) "Classroom Interpreting and Visual Information Processing in Mainstream Education for Deaf Students:" *American Educational Research Journal* 42(4), 727-761

Hayhoe, MM., **Shrivastava, A**., **Mruczek, R**., & Pelz, JB. (2003). "Visual memory and motor planning in a natural task," Visual memory and motor planning in a natural task. *Journal of Vision*, 3(1), 49-63

Pelz, JB & **Canosa, R**, (2001) "Oculomotor Behavior and Perceptual Strategies in Complex Tasks," *Vision Research*, 41:3587-3596.

Pelz, JB, Hayhoe, MM & Loeber, R. (2001) "The coordination of eye, head, and hand movements in a natural task," *Exp Brain Research*, 139:266-277.

Pelz JB. and Hayhoe, MM. (1995) "The Role of Exocentric Reference Frames in the Perception of Visual Direction," *Vision Research*, 35:2267-2275

Ballard, DH, Hayhoe, MM and Pelz, JB. (1995) "Memory Representations in Natural Tasks," *Journal of Cognitive Neuroscience*, 7(1) 68-82.

Dougherty, ER, **Newell, JR**, & Pelz, JB (1992) "Morphological Texture- Based Maximum-Likelihood Pixel Classification Based on Local Granulometric Moments," *Pattern Recognition*, 25(10)

Dougherty, ER., Pelz, JB, Sand, F, and Lent, A. (1992) "Morphological Image Segmentation by Local Granulometric Size Distributions," *Journal of Electronic Imaging*, 1(1)

Selected Refereed Proceedings

**Vaidyanathan, P.**, Pelz, J.B., Alm, C.O., Calvelli, C., Shi, P., Haake, A.R. (2013) Integrating Eye Movements and Spoken Description for Medical Image Understanding, *Proceedings of the 2013 European Conference on Eye Movements*, August, 2013. Lund, Scania, Sweden.

**Wang, D.**, Haake, A.R., Simpson, S., Pelz, J.B. (2013) Head motion compensation for remote eye tracker, *Proceedings of the 2013 European Conference on Eye Movements*, August, 2013. Lund, Scania, Sweden.

**Womack, K.,** Alm, C. O., Calvelli, C., Pelz, J. B., Shi, P., & Haake, A. (2013). Markers of confidence and correctness in spoken medical narratives. In the *Proceedings of the 14th Annual Conference of the International Speech Communication Association.* August, 2013. Lyon, Rhone-Alpes, France.

**Womack, K.,** Alm, C. O., Calvelli, C., Pelz, J. B., Shi, P., & Haake, A. (2013). Using linguistic analysis to characterize conceptual units of thought in spoken medical narratives. In the *Proceedings of the 14th Annual Conference of the International Speech Communication Association.* August, 2013. Lyon, Rhone-Alpes, France.

**Hong, A. K. A**., Pelz, J., & Cockburn, J. (2012). Lightweight, low-cost, side-mounted mobile eye tracking system. In *Image Processing Workshop (WNYIPW), 2012 Western New York* (pp. 1-4). IEEE.

**Keane, T. P.,** Cahill, N. D., Rhody, H., Hu, B., Tarduno, J., Jacobs, R., & Pelz, J. (2012). Sphere 2: Jerry's rig, an OpenGL application for non-linear panorama viewing and interaction. In Image Processing Workshop (WNYIPW), 2012 Western New York (pp. 13-16). IEEE.

**Kinsman, T,** Evans, KM, **Sweeney, G, Keane, T,** Pelz, JB, (2012) Ego-motion Compensation Improves Fixation Detection in Wearable Eyetracking, *Proc. of the 2012 ACM SIGCHI Eye Tracking Research & Applications Symposium*, Santa Barbara, CA

**Kinsman, T. B.**, & Pelz, J. B. (2012). Location by parts: model generation and feature fusion for mobile eye pupil tracking under challenging lighting. In *Proceedings of the 2012 ACM Conference on Ubiquitous Computing* (pp. 695-700). ACM.

**Kinsman, T.**, Fairchild, M., & Pelz, J. (2012). Color is not a metric space implications for pattern recognition, machine learning, and computer vision. In *Image Processing Workshop (WNYIPW), 2012 Western New York* (pp. 37-40). IEEE.

**Li, R.,** Pelz, JB., Shi, P., Ovesdotter Alm, C., Haake, AR., (2012) Learning Eye Movement Patterns for Characterization of Perceptual Expertise, *Proc. of the 2012 ACM SIGCHI Eye Tracking Research & Applications Symposium*, Santa Barbara, CA

**McCoy,** W., Pelz, J. B., Alm, C. O., Shi, P., Calvelli, C., & Haake, A. (2012). Linking uncertainty in physicians' narratives to diagnostic correctness. In *Proceedings of the Workshop on Extra-Propositional Aspects of Meaning in Computational Linguistics* (pp. 19-27). Association for Computational Linguistics.

**McCoy, W**., Alm, C. O., Calvelli, C., Li, R., Pelz, J. B., Shi, P., & Haake, A. (2012). Annotation schemes to encode domain knowledge in medical narratives. In *Proceedings of the Sixth Linguistic Annotation Workshop* (pp. 95-103). Association for Computational Linguistics.

**Wang, D., Vaidyanathan, P.**, Haake, A., & Pelz, J. (2012). Are eye trackers always as accurate as we assume. In *annual meeting of the Society for Computers in Psychology (SCip), Minneapolis, Minnesota*.

**Womack, K., McCoy, W**., Alm, C. O., Calvelli, C., Pelz, J. B., Shi, P., & Haake, A. (2012). Disfluencies as extra-propositional indicators of cognitive processing. In *Proceedings of the Workshop on Extra-Propositional Aspects of Meaning in Computational Linguistics* (pp. 1-9). Association for Computational Linguistics.

**Engleman, C., Li, R.,** Pelz, JB., Shi, P., Haake, A., (2011) Exploring interaction modes for image retrieval, *Proceedings of the 1st Conference on Novel Gaze-Controlled Applications*, Karlskrona, Sweden

Pelz, JB., **Kinsman, TB**., Evans, KM., (2011) Analyzing complex gaze behavior in the natural world, *Proc. of SPIE-IS&T Electronic Imaging*, *Electronic Imaging 2011, Human Vision and Electronic Imaging XVI, 7865,* San Francisco, CA*, pp. 1-11*

**Kinsman, T.B.,** Pelz, J.B., (2011) Towards a subject independent adaptive pupil tracker for automatic eye tracking calibration using a mixture model, *Proceedings of the IEEE Image, Video, and Multidimensional Signal Processing Technical Committee, IEEE,* Ithaca, NY *pp. 1-6*

**Vaidyanathan, P.**, Pelz, JB, **Li. R., Mulpuru, S., Wang, D**., Shi, P., Calvelli, C., Haake, AR. (2011) Using Human Experts' Gaze Data to Evaluate Image Processing Algorithms, *Proceedings of the IEEE Image, Video, and Multidimensional Signal Processing Technical Committee, IEEE,* Ithaca, NY *pp. 1-6*

**Kinsman, T.B.;** Bajorski, P.; Pelz, J.B., (2010) Hierarchical Image Clustering for Analyzing Eye Tracking Videos, *Proceedings of the Western New York Image*

*Processing Workshop,IEEE Western New York Image Processing Workshop*, Rochester, NY *pp. 58-61*

**Pontillo, D, Kinsman, T,** & Pelz, JB, (2010) “SemantiCode: Using Content Similarity and Database-driven Matching to Code Wearable Eyetracker Gaze Data” *Proc. of the 2010 ACM SIGCHI Eye Tracking Research & Applications Symposium*, Austin, TX

**Li. R., Vaidyanathan, P.**, **Mulpuru, S.,** Pelz, JB, Shi, P., Calvelli, C., Haake, AR., (2010) Human-Centric Approaches to Image Understanding and Retrieval, *Proceedings of the Western New York Image Processing Workshop, IEEE Western New York Image Processing Workshop*, Rochester, NY *pp. 1-4*

**Li, F,** Pelz, JB, and Daly, SJ, (2010) Effects of stimulus size and velocity on steady-state smooth pursuit induced by realistic images, *Proc. of SPIE-IS&T Electronic Imaging*, *SPIE Vol. 7527*, 17:1-10

**Munn, S,** & Pelz, JB (2009) “FixTag: An algorithm for identifying and tagging fixations to simplify the analysis of data collected by portable eye trackers” *ACM Trans. Appl. Percept*. 6, 3 (Aug. 2009), 1-25

**Munn, S,** & Pelz, JB (2008) “3D Point-of-regard, position, and head orientation from a portable monocular video-based eye tracker” *Proc. of the* 2008 *ACM SIGCHI Eye Tracking Research & Applications Symposium*, Savannah, GA

**Kolakowski, S,** & Pelz, JB. (2006) “Compensating for eye tracker camera movement” *Proc. of the* 2006 *ACM SIGCHI Eye Tracking Research & Applications Symposium*, San Diego, CA pp. 79-85

**Kolakowski, S.** & Pelz, JB. (2006) “Compensating for Eye Tracker Camera Movement” *Proc. of the* 2006 *ACM SIGCHI Eye Tracking Research & Applications Symposium*, San Diego, CA pp. 79-85

**Li, F.** & Pelz, (2006) “A comparison of pupil-locating algorithms in video-based eyetrackers” *Proc. of the 2006 International Congress of Imaging Science*, Rochester, NY pp. 329-332

**Laird, J.,** Rosen, M., Pelz, JB., Montag, E., & Daly, S., (2006) “Spatio-Velocity CSF as a Function of Retinal Velocity using Unstabilized Stimuli” *Human Vision and Electronic Imaging XI*, Rogowitz, Pappas, & Daly (Ed), *Proceedings of SPIE* Vol. 6057 pp. 32-43

**Rothkopf, C**. & Pelz, JB,. (2004) "Head motion estimation for wearable eyetrackers," *Proc. of the 2004 ACM SIGCHI Eye Tracking Research & Applications Symposium*, San Antonio, TX pp. 123-130

Handley, J, **Babcock, J,** & Pelz, JB, (2004) “Experimental congruence of interval scale production from paired comparisons and ranking for image evaluation,” *Image Quality and System Performance, Proc. of SPIE-IS&T Electronic Imaging*, Yoichi, Miyake, & Rasmussen, (Ed) SPIE Vol. 5294

**Babcock, JS**. & Pelz, JB. (2004) "Building a lightweight eyetracker" *Proc. of the 2004 ACM SIGCHI Eye Tracking Research & Applications Symposium, San Antonio, TX* pp. 109-114

**Babcock, JS**, Pelz, JB, & Peak, J. (2003) "The wearable eyetracker: A tool for the study of high-level visual tasks, " *Proceedings of MSS-CCD2003,*

**Babcock, JS**, Pelz, JB., & Fairchild, MD. (2003) "Eye tracking observers during rank order, paired comparison, and graphical rating tasks," *Proceedings of the 2003 PICS Digital Photography Conference,* Rochester, NY

**Canosa, RL**, Pelz, JB., Mennie, NR., & Peak, J. (2003) "High-level aspects of oculomotor control during viewing of natural-task images," *Human Vision and Electronic Imaging VIII,* Rogowitz & Pappas (Ed), *Proceedings of SPIE Vol. 5007* pp. 240-251

**Babcock, JS**, Pelz, JB., & Fairchild, MD. (2003), "Eye tracking observers during color image evaluation tasks," *Human Vision and Electronic Imaging VIII,* Rogowitz & Pappas (Ed), *Proceedings of SPIE Vol. 5007*

**Babcock, JB**, **Lipps, M.** & Pelz, JB (2002) "How people look at pictures before, during, and after image capture: Buswell revisited. " *Human Vision and Electronic Imaging VII, Rogowitz & Pappas (Ed), Proceedings of SPIE Vol. 4662 34-47.*

Pelz, JB, **Canosa, R., Babcock, J., and Barber, J**., (2001) "Visual Perception In Familiar, Complex Tasks," *ICIP 2001 Proceedings.*

Jaimes, A, Pelz, JB, **Grabowski, T., Babcock, J.**, and Chang, S. (2001) "Using Human Observers' Eye Movements in Automatic Image Classifiers," in *Proceedings of SPIE, Vol. 4299, Human Vision and Electronic Imaging*

Pelz, JB, **Canosa, R, and Babcock, J** (2000) "Extended Tasks Elicit Complex Eye Movement Patterns," *ACM SIGCHI Eye Tracking Research & Applications Symposium 2000*

Pelz, JB, **Canosa, R., Babcock, J., Kucharczyk, D., Silver, A., and Konno, D**., (2000) "Portable Eyetracking: A Study of Natural Eye Movements" *Proceedings of the SPIE, Human Vision and Electronic Imaging , San Jose, CA: SPIE* 2000.

Pelz, JB., Hayhoe, MM, Ballard, DH., Shrivastava, A., Bayliss, JD., and von der Heyde, M., (1999) "Development of a virtual laboratory for the study of complex human behavior," *Proceedings of the SPIE, Vol. 3639B, 416-426. The Engineering Reality of Virtual Reality, San Jose, CA: SPIE* 1999.

Ballard, DH., MM. Hayhoe, and JB. Pelz, (1994)"Working Memory Limitations in Sensory-motor Tasks," *Proceedings of the Woods Hole Workshop on the Basal Ganglia*

Dougherty, ER, Pelz, JB, and **Newell, JR**, (1990) "Granulometric Texture- Based Classification," *Proceedings of the Electronic Imaging West '90 Conference*.

Dougherty, E.R, and J.B. Pelz (1989) "Pixel Classification by Morphologically Derived Texture Features," *Proceedings of the SPIE Visual Communications and Image Processing '89 Conference*.

Dougherty, ER, Pelz, JB and Marsh D (1989)"Morphological Granulometric Analysis of Electrophotographic Images," *Applications of Digital Image Processing XII* A. Tescher, Ed., Proc. SPIE 1153 387-399

Book Chapters

Kushalnagar, R. S., Kushalnagar, P., & Pelz, J. B. (2012). Deaf and Hearing Students' Eye Gaze Collaboration. In *Computers Helping People with Special Needs* (pp. 92-99). Springer Berlin Heidelberg.

Pelz, JB, Marschark, M, & Convertino, C. (2008) "Visual Gaze as a Marker of Deaf Students' Attention During Mediated Instruction" in M. Marschark & P.C. Hauser, (Eds.), *Deaf cognition: Foundations and outcomes*. New York: Oxford University Press.

Pelz, JB & **Rothkopf, C** (2007) "Oculomotor behavior in natural and man-made environments" In R. VanGompel (Ed.), *Eye movements: A window on mind and brain*, Elsevier Press.

Ballard, DH., Hayhoe, MM. and Pelz, JB (1995) "Memory limits in sensorimotor tasks," in J.C. Houk, Joel L. Davis, and David G. Beiser (Eds.). *Models of Information Processing in the Basal Ganglia*. Cambridge, MA: MIT Press (A Bradford Book), 295-314

Major contributor to the *Focal Encyclopedia of Photography*, Third Edition, Stroebel and Zakia, Eds. 1993

Patents

Pelz, JB, **Kinsman, TB, Pontillo, DF, Munn**, SM, Harrington, NR, & Hsieh, BK (2011) "Methods for assisting with object recognition in image sequences and devices thereof" U.S. Provisional Patent docket 1819/101390

Huxlin, KR, Hayhoe. M, & Pelz, JB (2009) "Systems and Method for Improving Visual Discrimination" U.S. Patent 7,549,743

Pelz, JB (2008) "Method and System for reducing Noise in a Digital Image and Apparatus Thereof" U.S. Patent 7,324,143

Brown, W., Pelz, JB & Hiltgartner, A., (2002) "Image System Evaluation Method and Apparatus Using Eye Motion Tracking," U.S. Patent 6,381,339

Invited talks

"How an eyetracker works – looking inside the black box" 2013 European Conference on Eye Movements Method Workshop, Lund University, August 8, 2013. Lund, Sweden

"Addressing the challenges of collecting and analyzing gaze data from mobile observers" Vision & Visual Optics Seminar Series, Schepens Eye Institute, Mass Eye & Ear, Harvard Medical School, January 20, 2012 Boston, MA

Keynote Address: “Semantic Analysis of Mobile Eyetracking Data” September, 2011 International Workshop on Pervasive Eyetracking and Mobile Eye-Based Interaction, Beijing, China

“Natural Eye Movements – Monitoring and Analyzing Complex Behavior” March, 2010 UT Austin Center for Perceptual Systems Speaker Series, University of Texas at Austin, Austin, TX

“Image-based Cueing and Visual Search: BAE/RIT Eyetracking Research” December, 2006, Lexington, MA

“The Active Eye: The Role of Eye Movements in Visual Perception,” RIT Biological Sciences Lecture Series, December 2006, Rochester, NY

“Eyetracking: A tool for Performance and System Evaluation” CEIS showcase presentations, January, 2005, Rochester, NY

“Eye Movements: A window into perception and cognition” BAE Systems Chief Technology Officer *Tech Talk* lecture series, December 2005, Lexington, MA

“Probing Cognitive Strategies in Rea; and Virtual Environments” Ray Perez (Office of Naval Research) Ralph Chattam (DARPA) University of Rochester, ONR Site Visit June 2005, Rochester, NY

“The Foveal Compromise: The role of eye movements in visual perception” (2004) Sharp Laboratories of America, April, 2004, Portland, OR

“Vision in the Real World: Gaze control in complex, extended tasks” (2004) Human and Computer Vision Laboratory & Virtual Reality Application Center, University of Iowa October, 2004, Ames, Iowa

“Portable Eyetracking in Natural Behavior” (2004) OSA Fall Vision Meeting, October, 2004, Rochester, NY

“Visual planning in complex, multi-step tasks: the nature and scope of internal representations” European Workshop on Imagery and Cognition, April, 2003, Pavia, Italy

“Using Eye Movements to Monitor Task Performance”, Xerox Research Laboratories, February. 2003, Rochester, NY

“RIT Wearable Eyetracker: Understanding complex visual perception” Naval Research Laboratories, December, 2003, Washington, DC

“Using Eye Movements to Monitor Human-Computer Interaction” SIGCHI Chapter talk, November, 2002 Rochester, NY

“Perceptual strategies in complex, extended tasks” OSA Fall Vision Meeting October, 2002, San Francisco, CA

“Exploring Visual Perception; eye movements in complex tasks” Annual Joint IEEE Chapters Meeting, April, 2001, Rochester, NY

“Insights into High-level Visual Perception,” CIS Industrial Associates Meeting, April, 2001, Rochester, NY

"Measurement of human eye, head, & hand coordination during the performance of complex, multi-step tasks," 1994 NSF Workshop on Neuromorphic Engineering - Sensory-Motor Coordination and Interactive Vision.

Abstracts & posters

Hu, B., **Keane, T.**, **Bono, R. K.,** Tarduno, J. A., **May, B**., Cahill, N.D., Jacobs, R., Pelz, J. (2013) Eye Tracking in Geoscience: Data Registration and Visualization. In *2013 American Association of Petroleum Geologists Hedbarg Research Conference*. June, 2013. Reno, Nevada.

Tarduno, J. A., Hu, B., **May, B**., Evans, K., Jacobs, R., Pelz, J., & **Bono, R. K.** (2012). An Active Vision Approach to Understanding and Improving Visual Training in the Geosciences. In *2012 GSA Annual Meeting in Charlotte*.

Cottrell, RD., Evans, KM., Jacobs, RA., **May, BB**., Pelz, JB., Rosen, MR., Tarduno, JA., **Voronov, J**., "Eye-tracking novice and expert geologist groups in the field and laboratory" American Geophysical Union, Fall Meeting 2010, San Francisco, CA

**Munn, SM** & Pelz, JB, (2009) "Ray tracing to get 3D fixations on VOIs from portable eye tracker videos." In *SIGGRAPH '09: Posters* (New Orleans, Louisiana, August 03 - 07, 2009). SIGGRAPH '09. ACM, New York, NY, 1-1.

Pelz, JB., **Rothkopf, C.** (2007). "Task dependence of image statistics at the point of gaze in a natural wooded environment" poster presentation, *Computational and Systems Neuroscience 2007*, Feb. 2007, Salt Lake City, UT

**Lipps, M**. & Pelz, JB. (2006) "Influence of High-level Cognitive Goals on Gaze Patterns:Yarbus Revisited" poster presentation, SIGGRAPH, August, 2006, Boston, MA

Pelz, JB., **Rothkopf, C,** & **Broskey, SR**. (2005). "Version and vergence eye movements in mobile observers" *Journal of Vision*, 5(8):441, 441 (abstract)

Pelz, JB., **Canosa, R, Rothkopf, C., Lipps, M**., & **Babcock, J**. (2003) "Saccadic Targeting in the Real World" poster presentation, Vision Science Society, Sarasota, FL

Pelz, JB., MM. Hayhoe, S.S. Shimozaki, and D.H. Ballard (1995) "Tradeoff between eye movements and working memory in natural tasks," *Invest. Ophthalmology and Visual Science 36*, S14,

Pelz, JB., MM. Hayhoe, DH. Ballard, and **A. Forsberg**, "Separate motor commands for eye and head," abstract, *Investigative Ophth. & Visual Science 35*, 1550, 1994.

Pelz, JB., DH. Ballard and MM. Hayhoe, "Memory Use During the Performance of Natural Visuo-motor tasks," *Investigative Ophthalmology & Visual Science*, Suppl. 34(4) 1993

Pelz, JB. and MM. Hayhoe, "Influence of the Visual Scene and Eye Position Signals in Space Constancy," *Investigative Ophthalmology & Visual Science*, Suppl. 32(4) 1991

**Popular press**

"Expert Education - A field study tries to see how expertise can be taught to novices" story by Charles Q. Choi in *Scientific American* (June 2010)

"What are you looking at? New gaze trackers show that our eyes stay a few steps ahead of us" story by Joyce Gramza in *Popular Science* (March 2001)

## Courses taught:

Center for Imaging Science:

The Human Visual System [graduate core] (SIMG-720)
Graduate Laboratory III (SIMG-732)
Vision & Psychophysics (SIMG-350, SIMG-400)
Vision, Color, and Psychophysics (SIMG-402)
Imaging in the Physical Sciences (SIMG-204)
Survey of Imaging Science I (SIMG-201)
Survey of Imaging Science II (SIMG-202)
Introduction to Imaging Science (SIMG-203)
Imaging Science Lab (SIMG-221)
Imaging Science Fundamentals (SIMG-215)
Imaging First-Year Seminar (SIMG-200)

Other RIT programs:
The Visual System (0514-540)
Spatial Vision and Pattern Perception (0514-543)
Introduction to Digital Image Processing (JPHT-4911)

## Research Funding:

I have received a total of over $3.7M in research funding ($2M as PI) to support the work of students, faculty, and research staff in the Multidisciplinary Vision Research Laboratory (MVRL). I am the founding director and current co-director of MVRL, which consists of students and faculty from the Colleges of Science, Liberal Arts, Engineering, and Computing and Information Sciences.

Ongoing funded projects include:

Pelz PI:
National Science Foundation [09/01/2009 - 08/31/2014] $954,490
*An Active Vision Approach to Understanding and Improving Visual Training in the Geosciences (University of Rochester prime; $1,999,233 total)*
A 5-year interdisciplinary project (imaging science, cognitive science, geology) using eyetracking to analyze perceptual learning and expert/novice differences in the domain of geology.

Pelz Co-PI:

National Science Foundation [04/01/2011 – 03/31/2014] $220,000
*Research Experience for Undergraduates Site: Imaging in the Physical Sciences*
A 4-year REU project to encourage undergraduates to continue to graduate school in STEM disciplines.