# EXHIBIT 17

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | | |
|---|---|---|
| JOSEPH INNES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-02800-DKC |
| | ) | |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF HEATHER YORK**

1. My name is Heather York, I am more than 18 years old, competent to be a witness and make this Declaration on personal knowledge. I am a consultant who specialized in captioning. From 1992 to the present, I have worked for VITAC, the country's largest provider of closed captioning. From 1992-2000, as a production coordinator, supervisor and operations manager, I was responsible for on-air continuity and quality control of over 600 hours of broadcast captioning per week. From 2000-present, I have served in various sales, marketing, government and consumer relations responsibilities in my current role as Vice President, Marketing. I have advised government agencies and video providers on operational approaches to ensuring compliance with captioning requirements set forth by the Federal Communications Commission and the Section 508 Amendment to the Rehabilitation act of 1973, and worked with consumers to ensure accurate captions are delivered to their home.

2. From 2008-2011, I was an active member of the Coalition of Organizations for Accessible Technology, a cross-disability advocacy group dedicated to ensuring people with disabilities are not left behind as technology advances. My primary role in this group was education and advocacy for the Twenty-First Century Communications and Video Accessibility Act (CVAA), signed into law by President Barack Obama on October 8, 2010. The law, among other things, requires that all programming captioned on TV be captioned when delivered via IP (online).

3. In 2010, I acted as the consumer liaison between COAT and the Society of Motion Picture and Television Engineers (SMPTE), responsible for creating a standard to ensure captioning presented on television was transferrable to digital environments.

4. From 2009-2010, I was a member of the FCC's Consumer Advisory Committee Subgroup, the Digital Closed Captioning and Video Description Working Group, tasked with assessing captioning and video description delivery and quality issues as television distribution converted from analog to digital.

5. I served as an appointed member of the FCC's Video Programming Accessibility Advisory Committee (VPAAC) from 2010 through 2012. As a member of Working Group 4, I helped to research and author the report "*VPAAC User Interfaces and Video Programming Guides and Menus"* which created standards and requirements for display of captions in an IP environment as required by the CVAA.

6. From October 2013 to present I've served as one of four "captioning vendor" representatives working with industry and the FCC to develop a best practices approach to quality captioning, in response to Docket 05-231, *Closed Captioning of Video Programming*, meant to examine the FCC's closed captioning rules, specifically with regard to caption quality. The FCC will address these rules in the open Committee meeting scheduled for February 20, 2014.

7. I am familiar with the standards for creation and delivery of quality captioning.

8. I have not testified in court or given depositions in the past on this issue.

9. My compensation for captioning review, consultation and report preparation is $75 per hour, plus reasonable and necessary expenses. My compensation for deposition and trial testimony, if required, is $75 per hour plus expenses. Compensation through the completion of this report is $2,000.

## ON-SITE CAPTIONING

10. In preparation for this report I attended the following events to determine access to captions and quality of captions presented:

   a. 10/12/13 University of Maryland vs. Virginia Football game, Robert Byrd Stadium

b. 11/9/13 University of Maryland vs. Syracuse Football game, Robert Byrd Stadium

c. 1/15/13 University of Maryland vs. Notre Dame men's basketball game, Comcast Center

11. I have also reviewed the following documents, provided by Plaintiffs' counsel:

a. Defendants' answers to plaintiffs interrogatories

b. Caption transcripts from all sporting events provided as part of Defendants' Responses to Plaintiffs' Requests for Documents

12. Based on my experience at the above games and review of captions both at the games and transcripts, it is my professional opinion that the University of Maryland is providing limited access to captions and, when present, the captions are of such poor quality that they are of no use to the user.

13. The primary observations informing this opinion includes the following:

***Regarding access to the captions (being able to see them)***:

a. At the October 12, 2013 football game, despite calls in advance to the athletic department and visits to three Fan Assistance Booths, captioning was not made available.

b. At the November 9, 2013 football game, I obtained an iPad from the Fan Assistance booth and was able to view the captions as displayed. The system regularly froze and, upon refreshing, I had to wait for the entire game's captions to re-load before new captions would appear. Captions were incomplete, delayed and inaccurate.

c. At the January 15, 2014 basketball game, I was told by the woman in the Fan Assistance booth the caption information was only available to "people who are handicapped." When I pressed for further details, she provided the login and password information, but no further direction with regard to wireless access. Cell phone reception was spotty in the Comcast Center (via Verizon and AT&T) and captions appeared sporadically – after the first four minutes of the game, they

stopped completely on my device, only appearing in small bits through the remainder of the game.

14. At all the games, the only option available for captioning was a hand-held device. I found it extremely difficult to look at my handheld device and the on-court action at the same time.

15. I was forced to log into the site repeatedly during the course of a game, either because the website timed out or because I visited another site on my browser. After logging in again, I was forced to wait while the already-exhibited captions scrolled by, often as long as a minute, before captions caught up again with the game.

***Regarding the quality of the captioning***

16. With regard to quality, realtime captions are measured based on completeness, accuracy and timelines, by the National Court Reporting Association, and the FCC. The captions I observed did not meet any definitions of these terms.

17. The captioning was of extremely poor quality, as detailed below. When working, captions were delivered using a voice recognition system called "YouCaption." Any captioning system involving voice recognition requires significant training with a skilled re-speaker. Anyone who has used voice recognition on their mobile device knows that errors occur, that punctuation must be voiced, and that numbers require special attention. Some errors which point to untrained voice-writers (or a faulty engine) include:

a. There is no punctuation. Even an inexperienced voice captioner would voice in some punctuation.

b. There are pre-formatted configurations of times. When references are made to minutes remaining, they are captioned as "15 min." and "1 min." A skilled voice captioner would change those preformatted settings to translate full words instead of abbreviations.

c. There are several misrecognitions that you can figure out. For example, the "College of Arts and Anthony" instead of "College of Arts and Humanities," "stand and give allow elevation" instead of "Stand and give a loud ovation."

d. Once the game starts, there is no consistency in the formatting of numbers. I would expect a voice captioner to have some consistency in the number

formatting. It almost appears the voice writer is correcting formatting on the fly, as numbers are often presented in duplicate. For example, "for sixty 61 years," "number sixteen 16," "number eleven 11."

18. **Timeliness** refers to the amount of time between when a word is spoken and when it appears as captions. An acceptable lag time for professionally produced live captions is generally 2-6 seconds. I observed a standard lag time of 25 seconds, often more, at the above games. In fact, captions often appeared to get "stuck" only to scroll by rapidly after waiting over one minute. This delay prohibits the user from keeping track of the actual pace of the game. I had to stare at my device, waiting for captions to appear, missing on-field and on-court action while doing so, further impeding my understanding of the game. The only instances where timeliness was not an issue was in the pre-scripted announcements before the games and during halftime – in those instances the script scrolled by almost so fast as to be unreadable.

19. **Completeness** refers to the amount of audible information actually provided as text. In the television world, captions may be "incomplete" if five people are talking at the same time and the captioner only captions two. In the above games, whole sections of the experience were not captioned, including:

a. All video provided on the large screens, including pre-packaged stories and promotions, which could easily be captioned in advance. One football game included a pre-recorded segment about Johnny Holliday, the "Voice" of University of Maryland football and basketball. The video segment was uncaptioned and followed by an on-field presentation, which was also not captioned. The basketball game also had substantial video content delivered via jumbotron, including a "name that tune" skit with the players and motivational scenes from previous games, with no captions. Adding captions to pre-recorded video can be done in advance at a very limited cost – for short videos (under 15 minutes), the price would not exceed $250 to create the captions and encode the captions to the preferred video format. Captions can be placed anywhere on the screen, so as not to interfere with on-screen graphics or sponsorship information. Once added to the video, captions will always be visible.

b. Referee calls were not captioned. When the announcer said and the captions read "Flag on the play," there was no further information explaining just what the flag

was. This means that a viewer watching the captions would know that a flag occurred, but have no idea of the nature of the infraction.

c. Sound effects were not captioned. To be complete, captions must convey all audible information. Examples include [ Whistle ], [ Buzzer], etc.

d. Even when captions appear on-screen, entire sentences were dropped.

20. **Quality.** The captioning industry considers **accuracy** of captions to be a measurement of the percentage of correct words out of total words captioned, calculated by subtracting number of errors from total number of words captioned, dividing that number by total number of words captioned and converting that number to a percentage (For example, 7,000 total words captioned minus 70 errors equals 6,930 correct words captioned, divided by 7,000 total words captioned equals .99, or 99% accuracy). Errors include mistranslated words, incorrect words, misspelled words, incorrect punctuation that impedes comprehension, and misinformation. The industry accepts 98% accuracy or higher as acceptable. The University of Maryland's captions are barely measurable, for the following reasons:

a. There was no sensible punctuation, especially end-of-sentence markers. This makes the text highly unreadable and immediately brings the accuracy score below that which is acceptable. Below is a transcript of the starting lineup announcement from the 11/9/13 University of Maryland vs. Syracuse football game. The text is formatted exactly as it appeared on my phone – note the run-on nature of the sentences. It is my opinion that one cannot read this text, make sense of it, and still watch the action on the field or court.

*FANS PLEASE DIRECT YOUR ATTENTION TO THE VIDEO BOARD FOR TODAY'S PROSPECTIVE STARTING LINEUP FOR YOUR MARYLAND TERRAPINS LET'S MEET THE OFFENSE AT WIDE RECEIVER BY THE TOWER*

*AT CAPITAL LEASE CTR., SOUTH, WAIT*

*GUARD MICHAEL ON TACKLE RYAN DOYLE TIGHT END PEACETIME WHILE QUARTERBACK CJ BROWN RUNNING BACKS BRANDON ROSS FULLBACK KENNETH: WIDE RECEIVER LEVERN JACOBS WIDE RECEIVER NIGEL KING ON DEFENSE DEFENDANT AND IN JEFFERSON GONADAL. GO EVENT. KEITH BOWERS OUTSIDE LINEBACKER MATT*

*ROBINSON INSIDE LINEBACKER SEAN PETTY INSIDE LINEBACKER ABNER LOGAN*

*OUTSIDE LINEBACKER VARGAS WHITFIELD CORNERBACK*

*ISAAC COHEN GO HOME SAFELY SEAN DAVIS THE THE AJ HENDEE CORNERBACK WILLIAM LIKELY ON SPECIAL TEAMS PUNTER KICKER BRAD TROTTA PUNTER NATHAN RENFRO LONG SNAPPER GREG PARTNERS HOLDER MICHAEL PART UPON RETURN AND KICK RETURNER WILLIAM LIKELY*

b. Multiple names were incorrect. Even names of players, which, per the University's interrogatories, should have been "learned" by the system, repeatedly appeared incorrectly. Again using the above example, naming Terrapins starters, the highlighted names were incorrect:

*FANS PLEASE DIRECT YOUR ATTENTION TO THE VIDEO BOARD FOR TODAY'S PROSPECTIVE STARTING LINEUP FOR YOUR MARYLAND TERRAPINS LET'S MEET THE OFFENSE AT WIDE RECEIVER BY THE TOWER (Amba Etta-Tawo)*

*AT CAPITAL LEASE CTR.,(tackle) SOUTH, WAIT (Moise Larose)*

*(Guard De'Onte Arnett, Center Sal Conaboy – UNCAPTIONED) GUARD MICHAEL ON (?) TACKLE RYAN DOYLE TIGHT END PEACETIME WHILE (Dave Stinebaugh) QUARTERBACK CJ BROWN RUNNING BACKS (tailback) BRANDON ROSS FULLBACK KENNETH (Kenneth Goins) WIDE RECEIVER LEVERN JACOBS WIDE RECEIVER NIGEL KING ON DEFENSE DEFENDANT AND (defensive end) IN JEFFERSON (Quinton Jefferson) GONADAL. (Left Tackle Darius Kilgo) GO EVENT. (Defensive End ) KEITH BOWER OUTSIDE LINEBACKER MATT ROBINSON INSIDE LINEBACKER SEAN (Shawn)PETTY INSIDE LINEBACKER ABNER LOGAN*

*OUTSIDE LINEBACKER VARGAS(Marcus) WHITFIELD CORNERBACK*

*ISAAC COHEN GO HOME (Goins) SAFELY (safety) SEAN DAVIS THE THE (safety) AJ HENDEE (Hendy) CORNERBACK WILLIAM LIKELY ON SPECIAL TEAMS PUNTER KICKER BRAD TROTTA (Craddock), PUNTER NATHAN RENFRO LONG SNAPPER GREG PARTNERS (Parcher) HOLDER MICHAEL PART UPON (Tartt) RETURN AND KICK RETURNER WILLIAM LIKELY*

c. Entire sentences were unreadable or made no sense. Just a few of many examples:

-LET'S OF BAND STAND AND DELIVER ALLOW ELEVATION FOR YOUR MARYLAND TERRAPINS IT'S TIME

-NUMBER 10 TERREL I AND KERRY
-FOURTH-DOWN ONE-YARD TO GO AWFUL ONE
-FOOTBALL IS THAT THE FORTY SIX YARD LINE THAT THE NUMBER TERRAPINS FIRST DOWN
-THE PATH IS INCOMPLETE FOURTH-DOWN SIX YARDS AGO THE THE 45 YARD LINE

d. I have attempted to measure the quality using the metric outlined above. In this case, anything highlighted in yellow is "wrong word or spelling," and green is "punctuation error."

*FANS,[1] PLEASE DIRECT YOUR ATTENTION TO THE VIDEO BOARD FOR TODAY'S PROSPECTIVE STARTING LINEUP FOR YOUR MARYLAND TERRAPINS.[2] LET'S MEET THE OFFENSE[3] AT[4] WIDE RECEIVER BY[5] THE[6] TOWER[7]*

*AT[8] CAPITAL[9] LEASE CTR[10]. [11], [12] SOUTH[13], WAIT[14]*

*GUARD MICHAEL ON[15], [16] TACKLE RYAN DOYLE, [17] TIGHT END PEACETIME[18] WHILE[19]*
*, [20] QUARTERBACK CJ BROWN, [21] RUNNING BACKS[22] BRANDON ROSS, [23] FULLBACK KENNETH[24]. [25] , [26] WIDE RECEIVER LEVERN JACOBS,[27] WIDE RECEIVER NIGEL KING, [28] ON DEFENSE DEFENDANT[29] AND[30] IN[31] JEFFERSON[32] GONADAL[33]. GO[34] EVENT[35]. KEITH BOWERS, [36] OUTSIDE LINEBACKER MATT ROBINSON, [37] INSIDE LINEBACKER SEAN[38] PETTY, [39] INSIDE LINEBACKER ABNER LOGAN, [40]*

*OUTSIDE LINEBACKER VARGAS[41] WHITFIELD, [42] CORNERBACK*

*ISAAC COHEN[43] GO[44] HOME[45], [46] SAFELY[47] SEAN DAVIS, [48] THE[49] THE[50] AJ HENDEE[51], [52] CORNERBACK WILLIAM LIKELY. ON SPECIAL TEAMS PUNTER KICKER BRAD TROTTA[53], [54] PUNTER NATHAN RENFRO, [55] LONG SNAPPER GREG PARTNERS[56], [57] HOLDER MICHAEL PART[58] UPON[59], [60] RETURN[61] AND KICK RETURNER WILLIAM LIKELY.[62]*

127 words – 62 errors = 65 correct words
65 correct words divided by 127 total words = 51% accuracy rate.
51% accuracy rate is unacceptable quality.

21. For captioning of any sort to be of use to the person who is deaf or hard of hearing, it must be readable. The University of Maryland's voice recognition solution is not readable. The University should use a qualified real-time captioner or skilled voice writer (who re-speaks into a voice recognition program) to improve its offering. The University's system produces inadequate captions, providing a disservice to those attendees who rely on captioning.

## CAPTIONING ON TERPSTV

22. In preparation for this report, I reviewed the University's TerpsTV website as well. TerpsTV is a subscription-based website which streams live and archived sports-related video to members. Content includes games, press conferences, highlights and TV shows. None of this programming is captioned. It can be easily captioned.

23. The Twenty-First Century Communications and Video Accessibility Act and FCC rules for captioning IP-delivered programming (http://www.fcc.gov/guides/captioning-internet-video-programming) require that any program captioned for TV must be captioned when delivered via IP. One result of this legislation is that the technology now exists to easily add captions to web video. In the past, one would have to create the captions, encode them to a videotape, and hope the web player would correctly interpret and transcode captions. Now it is as easy as creating a caption file and adding it to the metadata associated with online video. Every network and many schools are doing it. I have worked with NBC, ABC, The Big 10 Network (see their website www.btn.com – all full-length programming is captioned online, including live games), Bowling Green University and Ohio State University to ensure captioning is delivered and accessible for their web programming. Every online video feed for the Sochi Olympics is being captioned.

24. The company that transcodes and distributes the University's programming, Neulion, also distributes NFL and NHL games online with captions. The solution is easy and the cost minimal.

25. There is no captioning available on any TerpsTV program that I reviewed, and upon information and belief, no captioning available for any program on TerpsTV. For example: :

a. TerpsTV airs the show "Under the Shell," without captions. The show also airs on Comcast MidAtlantic Sports Network, presumably with captions (everything airing on TV between the hours of 6:00 a.m. and 2:00 a.m. is required to be captioned). As mentioned above, the CVAA and FCC rules for captioning IP-delivered programming require that any program captioned for TV must be captioned when delivered via IP. "Under the Shell" is in direct violation of this requirement. Because the programming has already been captioned, a caption

file or captioned master already exists. There should be no added cost to add the captions to the TerpsTV stream.

b. Pre-recorded "features," including updates, holiday cards, and "special reports," can be captioned easily. Off the shelf captioning software now allows users to create a transcript and automatically time it to match the video. The resulting caption file is easily exported into a format that works with the streaming provider's metadata.

c. Press conferences are not captioned either. These are live events, which could easily be captioned – all that is needed is a means for the captioner to hear the audio. A captioner would dial into the audio line, listen to the press conference and "write" what she hears on a steno machine. The captioner's keystrokes are translated by her computer and transmitted to the streaming video provider, where captions are incorporated into the video. The cost is between $100 and $150 per hour.

d. Live games are not captioned either. The games are presented on-screen, with voiceover provided by the radio team. This could be captioned in the same manner addressed above.

26. TerpsTV is not accessible to anyone who relies on captions. It is my opinion that the University is in violation of FCC requirements pertaining to IP-delivered programming for at least some of these videos, and that technology exists to add captions to all of the video at a reasonable cost.

27. All opinions in this Declaration are to a reasonable degree of professional certainty.

I DECLARE under the penalty of perjury that the foreging is true and correct.

Date: 6/10/14

[signature]

Heather M. York
4609 Olden Road Rockville,
MD 20852
heatheryorknull@gmail.com
301-881-7534

# HEATHER YORK

4609 Olden Road ◆ Rockville, MD 20852 ◆ H: 301.881.7534 ◆ C: 703.216.4964 ◆ heather-y@vitac.com ◆
http://www.linkedin.com/in/heatheryork

## CLOSED CAPTIONING EXPERT

**Distinguished career in informing and educating users, partners, and opinion leaders about accessible media and closed captioning operational approaches and best practices.**

Accomplished advisor and advocate with solid history of articulating complex issues in person and via well-written publications, press releases and web content. Relevant experience includes:

- Advocate for the Twenty-First Century Communications and Video Accessibility Act (CVAA), as a member of the Coalition of Organizations for Accessible Technology (COAT), a cross-disability advocacy group dedicated to ensuring people with disabilities are not left behind as technology advances. The CVAA was signed into law by President Barack Obama on October 8, 2010. The law, among other things, requires that all programming captioned on TV be captioned when delivered via IP (online).

- Consumer liaison between COAT and the Society of Motion Picture and Television Engineers (SMPTE), responsible for creating a standard to ensure captioning presented on television was transferrable to digital environments.

- Member of the FCC's Consumer Advisory Committee Subgroup, the Digital Closed Captioning and Video Description Working Group, tasked with assessing captioning and video description delivery and quality issues as television distribution converted from analog to digital.

- Appointed member of the FCC's Video Programming Accessibility Advisory Committee (VPAAC) from 2010 through 2012. As a member of Working Group 4, researched and helped to author a report which created standards and requirements for display of captions in an IP environment as required by the CVAA.

- Currently one of four "captioning vendor" representatives working with industry and the FCC to develop a best practices approach to quality captioning, in response to Docket 05-231, *Closed Captioning of Video Programming*, meant to examine the FCC's closed captioning rules, specifically with regard to caption quality.

## PROFESSIONAL EXPERIENCE

**VITAC** – Washington, D.C.; Arlington, VA; Canonsburg, PA **March 1992 – Present**
*Closed captioning and accessible media services provider with $29M in annual revenue.*

**VP, MARKETING** ◆ January 2006 – December 2010

Direct all facets of marketing including campaign development, new product and solution development, marketing collateral creation, search engine optimization (SEO) strategy, budgeting, and press release writing. Partner with sales, business consulting, and production teams to develop annual business plans. Manage $90K annual marketing budget. Lead team of external contractors, internal staff, and college interns.

**Relevant Accomplishments:**

- As Closed Captioning / Section 508 Expert, served as company representative to FCC's DTV subcommittee of Consumer Advisory Panel and to organizations representing needs of people who rely on captioning.
- Delivered keynote and panel presentations on captioning and Section 508 requirements to video producers.

- Wrote and published technical articles on captioning, television's digital transition, and captioning advocacy for deaf/hard of hearing television viewers.
- Discussed captioning and audio description legislation with members of House Internet and Telecommunications subcommittee.
- Contributed content to website, www.cdc.gov/cdctv, and educated federal customers on Section 508 captioning solution for web video.
- Impacted legislation as active member of Coalition of Organizations for Accessible Technology.
- Attended signing of 21st Annual Video Programming Accessibility Act at the White House as nominated member of FCC's Video Program Accessibility Advisory Committee.
- Secured YouTube Caption Vendor Certification and position as leading market vendor by partnering with YouTube to promote caption options through development and production of two videos,
- Spearheaded public service campaign, CaptionsON, to increase awareness of need for high quality options. http://www.youtube.com/watch?v=XG2xKvtoHGQ&feature=plcp&context=C41157dfVDvjVQa1PpcFPqr0jti-jngKQeHyLknkj1c2xx-ZzVRCo%3D.
- Promoted company's approach to captioning by leading on time, within $25K budget development and launch of CC Crisis Chronicles Campaign (http://www.youtube.com/watch?v=N3M3AHaqTmg).

**ACCOUNT EXECUTIVE – GOVERNMENT SALES** ◆ March 2002 – December 2005

- Established sales presence in Metro DC area to drive government business growth and lead GSA sales program. Partnered with video production departments at HUD, FDA, IRS, CDC, and SSA to ensure compliance with Section 508 closed captioning requirements.
- Generated ~30% increase in sales by leveraging network of relationships in government sector and developing integrated Federal/State sales plan based on knowledge of current legislature, government services sector, technology needs, market trends, procurement practices.
- Maximized sales performance by educating, coaching, and supporting business partners in prospecting, qualification, proposals, presentations, and closing.

**REALTIME CAPTIONER SCHEDULER** ◆ December 1997 – November 2000

- Scheduled a team of realtime captioners responsible for live captioning over 100,000 hours of programming per day.
- Developed scheduling process in place today to ensure adequate and accurate captioning of live programming.
- Worked with engineers and systems analysts to ensure captioner connectivity and consistent technical setups of realtime captioners reducing technical difficulties.

**PRODUCTION COORDINATOR/PRODUCTION COORDINATOR SUPERVISOR** ◆ March 1992 – November 1997

- Led a supervisory unit designed to ensure the management of the company's real-time production department of 30 employees.
- Responsible for orienting incoming staff, as well as assessing training and scheduling needs of current employees.
- Monitored production of 600 hours of real-time television programming per week.
- Serviced contracts by coordinating and organizing project material to be used on live closed captioned programming, including proofreading, editing and formatting scripted material and inserting it into a real-time broadcast environment.
- Wrote detailed employee captioning production manuals, style guides and programming "spec sheets."
- Administered daily setup procedures associated with real-time television broadcasts, and maintained information pertaining to functionality of technical equipment.

- Directed key account relationship management functions for over 75 accounts.

## EDUCATION

UNIVERSITY OF PITTSBURGH – Pittsburgh, PA
**Bachelor of Arts in English Writing and Journalism** – *summa cum laude*

## AFFILIATIONS

Executive Member, Women in Film and Video ◆ Alternate Member, FCC VPAAC Committee
Coalition of Organizations for Accessible Technology ◆ Television, Internet and Video Association of DC

## PUBLICATIONS

"Closed Captioning Explained." *Broadcasting Engineering Magazine*
"Section 508 Requirements." *Government Video Magazine*
"All About Captioning." *NRB Magazine*