IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| JOSEPH INNES, *et al.*, ) | |
| ) | |
| Plaintiffs**,** ) | |
| ) | |
| v. ) | Case No. 13-cv-02800-DKC |
| ) | |
| THE BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF MARYLAND, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment on liability, injunctive and declaratory relief, and any opposition thereto, it is this _____ day of _____ 2014 by the Court:

ORDERED that Plaintiffs' Motion be and hereby is GRANTED; and it is further

ORDERED that Defendants shall display captioning of all aural information in Comcast Center and Byrd Stadium on ribbon boards or scoreboards of a size and in a location that make the captions readable from all seats in the two venues; and it is further

ORDERED that all aural material on UMTerps.com or any successor website shall be captioned for deaf and hard-of-hearing users; and it is further

DECLARED that pursuant to Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act of 1973 Defendants are obligated to provide captioning at Comcast Center, Byrd Stadium, and on UMTerps.com; and it is further

ORDERED that this case shall be set in for a trial on damages.

                                                                         Deborah K. Chasanow,
                                                                         Chief United States District Judge