IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH INNES, et al. | : | |
| v. | : | Civil Action No. DKC 13-2800 |
| THE BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF MARYLAND, et al. | : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of March, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendants (ECF No. 63) BE, and the same hereby IS, DENIED;

2. The motion for partial summary judgment filed by Plaintiffs (ECF No. 58) BE, and the same hereby IS, DENIED;

3. The motion to exclude the testimony of expert witness York (ECF No. 61) BE, and the same hereby IS, DENIED without prejudice to refiling later in the litigation if necessary;

4. The motion to exclude the testimony of expert witness Pelz (ECF No. 62) BE, and the same hereby IS, DENIED without prejudice to refiling later in the litigation if necessary;

5. The motion to seal filed by Plaintiffs (ECF No. 59) BE, and the same hereby IS, GRANTED;

6. The motion for leave to file a surreply filed by Plaintiffs (ECF No. 74) BE, and the same hereby IS, GRANTED;

7. A telephone conference will be held on March 30, 2015, at 9:30 a.m. (chambers will initiate the call); and

8. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

/s/
DEBORAH K. CHASANOW
United States District Judge